UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-293-1D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| MATTHEW WADDELL | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Numbers 93 and 94 be sealed.

SO ORDERED, This 16 day of December, 2020.

JAMES C. DEVER III
United States District Judge